IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:25-cv-03138-MDH |
| | ) | |
| EMMANUEL BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition for determination of Defendant's mental condition was referred to the United States Magistrate Judge for preliminary review under § 636 (b), Title 28, United States Code.

The United States Magistrate Judge has completed his preliminary review of the petition for determination of Defendant's mental condition and has submitted a Report and Recommendation to the undersigned. (Doc. 11). Defendant has not filed an objection to the report and recommendation of the Magistrate Judge.

After a careful and independent review of the files and records in this matter, the Court adopts the detailed findings and recommendations of the United States Magistrate Judge. The experts agree that the Defendant suffers from a mental disease or defect and is in need of care and treatment in a suitable facility and recommend civil commitment under 18 U.S.C. § 4245.

It is **THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** and incorporated herein.

1

It is **FURTHER ORDERED** that Defendant is hereby committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4245 to be hospitalized for treatment in a suitable facility until Defendant is no longer in need of such custody for care or treatment, or until his sentence of imprisonment expires, whichever occurs earlier.

**IT IS SO ORDERED.**

Date:  September 22, 2025  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**